UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILLIE PARGO,                      )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )     No. 1:23-cv-00292-JPH-KMB
                                   )
ERIC HOLCOMB, et al.,              )
                                   )
                    Defendants.    )

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Date:  8/18/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____Pam Pope_____
     Deputy Clerk, U.S. District Court

Distribution:

WILLIE PARGO
159863
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only